UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MARK MOORE, Individually and on Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § | **CIVIL ACTION NO. 1:15-cv-00282-RP** |
| | § | |
| **V.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **STUART PETROLEUM TESTERS, INC., and SCOTT YARIGER,** | § § § | |
| **Defendants.** | | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Plaintiff Mark Moore, individually and on behalf of all others similarly situated, hereby certifies the following to be parties, associations of parties, firms, partnerships, corporations, affiliates, parent corporations, or other entities known by him to be financially interested in the outcome of the litigation in this case.

1. Mark Moore, Plaintiff;

2. Alvin Garvey, Opt-In Plaintiff

3. All other similarly situated workers of the Defendants;

4. Galvin B. Kennedy, Kennedy Hodges, L.L.P., Counsel for Plaintiffs;

5. Udyogi Hangawatte, Kennedy Hodges, L.L.P., Of Counsel for Plaintiffs;

6. Stuart Petroleum Testers, Inc., Defendant;

7. Scott Yariger, Defendant.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: __/s/ Galvin B. Kennedy_____
    Galvin B. Kennedy
    Gkennedy@kennedyhodges.com
    Texas State Bar No. 00796870
    Federal Bar No. 20791
    711 W. Alabama St.
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

    LEAD ATTORNEY IN CHARGE FOR
    PLAINTIFF AND CLASS MEMBERS

**CERTIFICATE OF SERVICE**

    This is to certify that on April 23, 2015 I electronically filed the foregoing instrument using the **Western District of Texas'** CM/ECF. I also certify that the foregoing instrument will be served with Plaintiff's initial complaint.

    _/s/Galvin B. Kennedy_____
    Galvin B. Kennedy